# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 05-MJ-042 |
| ) | |
| SUNDAY UZUH, ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER

Before the Court is Defendant's Motion for Permission to Travel filed on May 4, 2005. On May 4, 2005, the Court entered an Order Granting the instant Motion. In the Order, listed as docket entry number 7, the Court wrote "The defendant shall return to the United States by no later than June 04, 2006." Order, *United States v. Uzuh*, No. 05-MJ-042 (W.D. Tenn. May 4, 2005). The Order should read that the Defendant shall return to the United States by no later than June 4, 2005. The Clerk should ensure the docket sheet lists June 4, 2005 as the correct return date for Mr. Uzuh.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 18, 2005

1

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20175 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT