IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ＿＿ /M/ D.C.

05 JUN -8 PM 4: 03

＿＿＿＿＿ DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

v.

**SUNDAY UZUH**                                      05cr20175-Ml

### ORDER ON ARRAIGNMENT

This cause came to be heard on _June 8, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Leroy Cain_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.
___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

UNITED STATES MAGISTRATE JUDGE

CHARGES - 31:5332.F
Bulk cash smuggling into or out of the United States

Attorney assigned to Case: S. Parker

Age: _50_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-9-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20175 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Newton S. Holiday
CAIN & HOLIDAY
208 Third Ave.
North 5th Floor
Nashville, TN 38201

Honorable Jon McCalla
US DISTRICT COURT