IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN 24 PM 12: 3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br>v.<br><br>_Sunday Ueh_<br><br><br><br><br><br>   Defendant(s). | Criminal No. _05_ - _20175_ M1<br><br>**(90-Day Continuance)** |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the July, 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, September 23, 2005</u>, with trial to take place on the October, 2005, rotation calendar with the time excluded under the Speedy Trial Act through October 14, 2005. Agreed in open court at report date this 24th day of June, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-27-05_

SO ORDERED this 24th day of June, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

_____
Counsel for Defendant(s)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CR-20175 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Newton S. Holiday
CAIN & HOLIDAY
208 Third Ave.
North 5th Floor
Nashville, TN 38201

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT