IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -1 PM 2: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 05-20175-Ml |
| SUNDAY UZUH ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA

This cause came to be heard on October 28, 2005, the United States Attorney for this district, Stephen Parker, appearing for the Government and the defendant, Sunday Uzuh, appearing in person and with counsel, Newton Holiday, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty as to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, JANUARY 13, 2006, at 2:30 p.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the __1__ day of ~~October~~ Nov, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-2-05

30

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20175 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Newton S. Holiday
CAIN & HOLIDAY
208 Third Ave.
North 5th Floor
Nashville, TN 38201

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT